**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 627 EAL 2019 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JOHN N. IN, | : | |
| | : | |
| Petitioner | : | |

**ORDER**

**PER CURIAM**

      **AND NOW**, this 27th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.